AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| William A. Sacco | ) | Case No. |
| | ) | 3:21MJ 1140 (TOF) |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 25, 2014 - December 6, 2017  in the county of  Windham  in the District of  Connecticut , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:

See attached affidavit of DCIS Special Agent Luke G. Yacovou, which is expressly incorporated herein by reference.

☑ Continued on the attached sheet.

YACOVOU.LUKE.G.1008296932
Digitally signed by YACOVOU.LUKE.G.1008296932
Date: 2021.11.12 09:47:30 -05'00'

*Complainant's signature*

Special Agent Luke G. Yacovou, DCIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 11/12/2021

Date: 2021.11.12 13:44:44 -05'00'

*Judge's signature*

City and state:  Hartford, CT   Hon. Thomas O. Farrish, U.S. Magistrate Judge
*Printed name and title*